L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH SORGE,<br><br>          Plaintiff,<br><br>vs.<br><br>YELP, INC.,<br><br>          Defendant. | No. 2:17-cv-04518-JJT<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that L. Eric Dowell and Alexandra J. Gill of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. hereby enter their appearance on behalf of Defendant Yelp, Inc. in this action.

RESPECTFULLY SUBMITTED this 4th day of January 2018.

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.


          By: s/L. Eric Dowell
             L. Eric Dowell
             Alexandra J. Gill
             2415 East Camelback Road, Suite 800
             Phoenix, Arizona 85016
             *Attorneys for Defendant Yelp, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale, Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com


s/Debra A. Irwin

32519656.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016