L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JOSEPH SORGE,<br><br>           Plaintiff,<br><br>vs.<br><br>YELP, INC.,<br><br>           Defendant. | No. 2:17-cv-04518-JJT<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf Defendant Yelp Inc. ("Defendant") in compliance with the provisions of: *(check one)*

  <u> X </u>  Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  <u>    </u>  Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any public held corporation that owns 10% or more of its stock or states that there is no such corporation.

  <u>    </u>  Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a

statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

<u> X </u>  No such corporation.

___  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

**Defendant has no parent company and no public company owns more than 10% of Defendant.**

___  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

Relationship_____

___  Other (please explain).

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 16th day of February 2018.

                        OGLETREE, DEAKINS, NASH,
                        SMOAK & STEWART, P.C.

                        By: s/Alexandra J. Gill
                           L. Eric Dowell
                           Alexandra J. Gill
                           2415 East Camelback Road, Suite 800
                           Phoenix, Arizona 85016
                           *Attorneys for Defendant Yelp Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale, Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com

s/Debra A. Irwin

32520229.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016