L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Fax:  (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH SORGE,<br><br>    Plaintiff,<br><br>vs.<br><br>YELP, INC.,<br><br>    Defendant. | No. 2:17-cv-04518-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant Yelp Inc. ("Defendant"), by and through undersigned counsel, served on counsel for Plaintiff Joseph Sorge, the following by electronic and U.S. mail, postage prepaid, on June 29, 2018:

  1.  Defendant Yelp's First Set of Interrogatories to Plaintiff; and

  2.  Defendant Yelp's First Set of Requests for Production to Plaintiff.

DATED this 29th day of June 2018.

              OGLETREE, DEAKINS, NASH,
              SMOAK & STEWART, P.C.

              By: s/ Alexandra J. Gill
                L. Eric Dowell
                Alexandra J. Gill
                2415 East Camelback Road, Suite 800
                Phoenix, Arizona 85016
                *Attorneys for Defendant Yelp Inc.*

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com

*Attorneys for Plaintiff Joseph Sorge*

s/ Debra A. Irwin

34692352.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

2