L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JOSEPH SORGE,<br><br>        Plaintiff,<br><br>vs.<br><br>YELP, INC.,<br><br>        Defendant. | No. 2:17-cv-04518-JJT<br><br>**DEFENDANT YELP INC.'S NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF JOSEPH SORGE** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, Defendant Yelp Inc. will take the deposition of the person named below, upon oral examination by video and stenographic means, at the time and place stated below before and officer authorized by law to administer oaths:

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Joseph Sorge |
| **DATE/TIME OF EXAMINATION:** | October 18, 2018<br>beginning at 9:30 a.m. |
| **PLACE OF EXAMINATION:** | Ogletree, Deakins, Nash,<br>Smoak & Stewart, P.C.<br>2415 East Camelback Rd., Suite 800<br>Phoenix, AZ 85016 |

1  Said deposition will continue from day-to-day thereafter, Saturdays, Sundays, and
2  holidays excepted, until completed, unless otherwise agreed by the parties.
3  DATED this 8th day of October 2018.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By:s/Alexandra J. Gill
   L. Eric Dowell
   Alexandra J. Gill
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016

   *Attorneys for Defendant Yelp Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF recipient:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com
*Attorneys for Plaintiff Joseph Sorge*

A copy of the foregoing was also emailed this 8th day of October 2018 to:

Herder & Associates
3788 East Libra Place, Suite 10
Chandler, Arizona 85249
ann@courtreportersaz.com


s/Debra A. Irwin

35871709.1