1   L. Eric Dowell, SBN 011458
2   Alexandra J. Gill, SBN 027506
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
3   2415 East Camelback Road, Suite 800
    Phoenix, Arizona 85016
4   Telephone:  (602) 778-3700
5   Fax:  (602) 778-3750
    Eric.Dowell@OgletreeDeakins.com
6   Alexandra.Gill@OgletreeDeakins.com

7
    *Attorneys for Defendant Yelp Inc.*
8

9                  **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF ARIZONA**

11
    Joseph Sorge,                          |   No. 2:17-cv-04518-JJT
12
                    Plaintiff,             |   **NOTICE OF SERVICE OF**
13                                         |   **DEFENDANT YELP INC.'S FIRST**
        vs.                                |   **SUPPLEMENTAL MANDATORY**
14                                         |   **INITIAL DISCOVERY RESPONSES**
    Yelp, Inc.,
15
                    Defendant.
16

17          NOTICE IS HEREBY GIVEN that Defendant Yelp Inc. ("Defendant"), by and

18  through undersigned counsel, served on counsel for Plaintiff Joseph Sorge Defendant Yelp,

19  Inc.'s First Supplemental Mandatory Initial Discovery Responses by email and U.S. Mail,

20  postage prepaid, on October 12, 2018.

21          DATED this 12th day of October 2018.

22                                  OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.
23

24                                  By: s/Alexandra J. Gill
                                        L. Eric Dowell
25                                      Alexandra J. Gill
26                                      2415 East Camelback Road, Suite 800
                                        Phoenix, Arizona 85016
27                                      *Attorneys for Defendant Yelp Inc.*

28

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com
*Attorneys for Plaintiff Joseph Sorge*

s/Debra A. Irwin

35954848.1

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016