Joshua W. Carden, SBN 021698
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Yelp, Inc.,<br><br>　　　　　　Defendant. | No. 2:17-cv-04518-JJT<br><br>**PLAINTIFF'S RULE 26(A)(3) DISCLOSURE STATEMENT** |

Plaintiff, Joseph Sorge, hereby provides the following disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and Court order. **Note: as discovery is ongoing, this statement may still require supplementation upon receipt of documents from Defendants.**

**A.　WITNESSES PLAINTIFF EXPECTS TO CALL AT TRIAL.**

1. Plaintiff Joseph Sorge – c/o Plaintiff's counsel
2. Jonel Kejee – only email address known at this juncture (also known to Defendant)
3. Matthew Susa – c/o Defendant's counsel
4. Lucy Salazar – c/o Defendant's counsel

**B.　WITNESSES PLAINTIFF MAY CALL AT TRIAL**

1. Abby Kennedy – c/o Defendant's counsel
2. D. Randall Meagher – c/o Defendant's counsel
3. Amber Sutton – c/o Defendant's counsel
4. Heather Webb – c/o Defendant's counsel



1

5. Any necessary custodian of documents

6. All witnesses disclosed by Defendants

## C. WITNESSES WHOSE DEPOSITION TESTIMONY PLAINTIFF EXPECTS TO PRESENT AT TRIAL

None anticipated at this time, but any party deposition may be used as impeachment.

## D. DOCUMENTS OR EXHIBITS PLAINTIFF EXPECT TO OFFER AT TRIAL.

| Document | Bates Label |
|---|---|
| Notice of Suit Rights | EEOC11-12 |
| Intake Form | EEOC15-21 |
| Charge of Discrimination | EEOC32 |
| Position Statement | EEOC40-50 |
| Activity Log | EEOC1-2 |
| Sorge Pictures | SORGE00070-72 |
| Sorge Video Recordings (three .MOV files) | N/A |
| Email | Yelp53-54 |
| Email | Yelp57 |
| Email | Yelp62 |
| Email | Yelp64 |
| Offer | Yelp1-3 |
| Email | Yelp42 |
| Grow your Career | Yelp33 |
| Yelp Separation Agreement (unsigned) | Unavailable |
| Bank of America communications | Sorge141-143 |
| Recording of "Straight to the Bank" (Explicit) https://www.youtube.com/watch?v=kaMzgIof6iQ | Unavailable |
| Any document identified by Defendant | |



Dated this 12th day of October, 2018,

                                     Joshua Carden Law Firm, P.C.

                                     By: <u>s/Joshua W. Carden</u>
                                     Joshua W. Carden
                                     *Attorneys for Plaintiff*
                                     *Joseph Sorge*



**CERTIFICATE OF SERVICE**

I certify that on the 12th day of October, 2018, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter, including:

L. Eric Dowell
Alexandra J. Gill
OGLETREE DEAKINS
Esplanade Center III
2415 East Camelback Road, Suite 800,
Phoenix, AZ 85016

*Attorneys for Defendant*

/s/Joshua W. Carden

