L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>    Plaintiff,<br><br>vs.<br><br>Yelp, Inc.,<br><br>    Defendant. | No. 2:17-cv-04518-JJT<br><br>**DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURE STATEMENT** |

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's Rule 16 Scheduling Order (Doc. 15), Defendant Yelp Inc. ("Defendant" or "Yelp"), through its undersigned attorneys, provides its pretrial disclosure of witnesses and exhibits.

## I. WITNESSES DEFENDANT EXPECTS TO TESTIFY AT TRIAL

1. Plaintiff Joseph Sorge, c/o Joshua Carden, Joshua Carden Law Firm, P.C., 16427 North Scottsdale Road, Suite 410, Scottsdale, Arizona 85254. Defendant anticipates that Plaintiff will have knowledge and information relevant to the allegations in his Complaint, and Defendant's defenses thereto, including his employment with Defendant, his job performance, his interactions with co-workers and supervisors, his termination, and his disclosure statements or discovery responses in this matter.

2. Matthew Susa, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Mr. Susa was

Plaintiff's manager, and Defendant anticipates that he will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Plaintiff's job duties and responsibilities, his interactions with Plaintiff, Plaintiff's performance and employment, Defendant's June 16, 2016 meeting with Plaintiff, Plaintiff's interactions with coworkers and supervisors, and Plaintiff's termination.

3. Abby Kennedy, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Defendant anticipates that Ms. Kennedy will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Plaintiff's job duties and responsibilities, her interactions with Plaintiff, Plaintiff's performance and employment, Defendant's June 16, 2016 meeting with Plaintiff, and Plaintiff's termination.

4. Nicole Berger, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Defendant anticipates that Ms. Berger will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Defendant's Human Resources policies and procedures, Plaintiff's job duties and responsibilities, her interactions with Plaintiff, and Plaintiff's termination.

5. Jonel Kejee, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Defendant anticipates that Ms. Kejee will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Plaintiff's job duties and responsibilities, and her interactions with Plaintiff.

6. Randall Meagher, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Mr. Meagher is the Facilities Coordinator for Defendant and Defendant anticipates that he will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and

Defendant's defenses thereto, including his interaction with Plaintiff and Plaintiff's statement on April 16, 2016.

7. Amber Sutton, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Ms. Sutton was a Security Specialist for Defendant and Defendant anticipates that she will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including her interaction with Plaintiff and Plaintiff's statement on April 16, 2016.

8. Heather Webb, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Ms. Webb is the Receptionist for Defendant and Defendant anticipates that she will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including her interaction with Plaintiff and Plaintiff's statement on April 16, 2016.

9. All necessary custodians of record.

## II. WITNESSES DEFENDANT MAY CALL TO TESTIFY AT TRIAL

1. Katie Fleming, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Defendant anticipates that Ms. Fleming will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Defendant's Human Resources policies and procedures, Plaintiff's job duties and responsibilities, her interactions with Plaintiff, and Plaintiff's termination.

2. Lucy Salazar, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Defendant anticipates that Ms. Salazar will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Defendant's Human Resources policies and procedures, Plaintiff's job duties and responsibilities, and Plaintiff's termination.

3. Gordon Alkire, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Mr. Alkire was a Physical Security Supervisor for Yelp. Defendant anticipates that he will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Plaintiff's June 16, 2016 statement and the statements submitted by Randall Meagher, Amber Sutton, and heather Webb.

4. Heyward McAlpin, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Mr. McAlpin is the Sales Director at the Phoenix, Arizona location for Defendant and Defendant anticipates that he will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including his interaction with Plaintiff and Plaintiff's termination.

5. Dylan Buzzard, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Mr. Buzzard is a Sales Manager for Defendant. Defendant anticipates that he will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Plaintiff's job duties and responsibilities and his interactions with Plaintiff.

6. Hassan Aoufe, c/o Eric Dowell, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 2415 East Camelback Road, Suite 800, Phoenix, Arizona 85016. Defendant anticipates that Mr. Aoufe will have knowledge and information relevant to the allegations in Plaintiff's Complaint, and Defendant's defenses thereto, including Plaintiff's job duties and responsibilities and his interactions with Plaintiff.

7. Any witness disclosed by Plaintiff.

8. Defendant reserves the right to supplement this list with additional witnesses whose identity becomes known during the remaining discovery period.

**III. WITNESSES DEFENDANT EXPECTS TO PRESENT BY DEPOSITION**

None.

## IV. DOCUMENTS DEFENDANT EXPECTS TO OFFER AT TRIAL

| No. | Description |
|---|---|
| 1. | Plaintiff's offer letter (Yelp000001-3) |
| 2. | Employee Benefits Highlights (Yelp000004-23) |
| 3. | Employee Survey: Request for Voluntary EEO Self-Identification (Yelp000030) |
| 4. | Plaintiff's new hire information (Yelp000031-32) |
| 5. | Yelp e-sign record (Yelp000034) |
| 6. | Employee Handbook signature confirmation (Yelp000035-36) |
| 7. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Pipeline/Process Expectations (Yelp000037) |
| 8. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Metrics Doc Not Filled Out – 2nd Strike (Yelp000038) |
| 9. | June 17, 2016 email from Amber Sutton to Nicole Berger re Summary of incident (Yelp000039; Yelp000063) |
| 10. | June 17, 2016 email from Heather Webb to Nicole Berger re Joseph Sorge Incident Summary (Yelp000040; Yelp000056) |
| 11. | June 17, 2016 email from Randall Meagher to Nicole Berger re Joseph Sorge (Yelp000041; Yelp000058) |
| 12. | June 17, 2016 email from Matthew Susa to Lucy Salazar re Outline for Term Conversation (Yelp000042) |
| 13. | June 16, 2016 Video of Plaintiff (Yelp000044) |
| 14. | June 14, 2016 "Fill Out Metrics" event reminder to Plaintiff (Yelp000047) |
| 15. | June 14, 2016 "Fill Out Metrics + Timesheets" event reminder to Plaintiff (Yelp000048) |
| 16. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Metrics Doc Not Filled Out – 2nd Strike (Yelp000049) |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

| No. | Description |
|---|---|
| 17. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Pipeline/Process Expectations (Yelp000050) |
| 18. | June 15, 2016 email from Joseph Sorge to Matthew Susa re Re:Metrics Doc Not Filled Out – 2nd Strike (Yelp000051-52) |
| 19. | June 16, 2016 email correspondence between Marla Castaneda and Abby Kennedy re Joseph Sorge (Yelp000053-54) |
| 20. | June 17, 2016 email from Gordon Alkire to Nicole Berger re Joseph Sorge CCTV Video (Yelp000055) |
| 21. | June 15, 2016-June 17, 2016 email correspondence between Abby Kennedy and Katie Fleming re Concern Trainee (Yelp000059) |
| 22. | June 17, 2016 email correspondence between Abby Kennedy and Katie Fleming re Joseph Sorge (Yelp000060-61) |
| 23. | June 20, 2016 email correspondence between Katie Fleming and Nichole Berger re Joseph Sorge term (Yelp000064) |
| 24. | Plaintiff's payroll records (Yelp000078-79) |
| 25. | Yelp Policy Against Harassment, Discrimination and Retaliation (Yelp000080-81) |
| 26. | Joseph Sorge Termination document (Yelp000082) |
| 27. | June 15, 2016 email from Abby Kennedy to Matthew Susa and re June 2016 Tracker and Matthew Susa Mail tracker notes (Yelp000083-85) |
| 28. | June 15, 2016 email from Matthew Susa to Abby Kennedy re Need your thoughts here (Yelp000086) |
| 29. | EEOC Dismissal of Charge and Dismissal and Notice of Rights (EEOC000010-12) |
| 30. | EEOC Intake Questionnaire (EEOC000015-21) |
| 31. | Charge of Discrimination (EEOC000032) |
| 32. | Yelp Response to Notice of Charge of Discrimination (EEOC000040-20) |
| 33. | Photographs of sales board produced by Plaintiff (Sorge000070-72) |

| No. | Description |
|---|---|
| 34. | Video records (3 .MOV files) produced by Plaintiff (no bates numbers) |
| 35. | Impact Payment Solutions Merchant Acquiring Salary Guide and Executive Summary (Sorge000073-74; Sorge000152) |
| 36. | Plaintiff 2016 tax return and supporting documentation (Sorge000075-106) |
| 37. | Plaintiff 2017 tax return and supporting documentation (Sorge0000107-139) |
| 38. | American Intercontinental University offer letter (Sorge000140) |
| 39. | October 31, 2016 Bank of America staffing email (Sorge000142-143) |
| 40. | DrawAlert Independent Contractor Services Agreement (Sorge000147-151) |
| 41. | October 24, 2016 LucasGroup email (Sorge000153) |
| 42. | May 26, 2017 American Intercontinental University application email (Sorge000164-165) |
| 43. | June 17, 2016 Impact Payments Recruiting application email (Sorge000166-67) |
| 44. | June 16, 2016 email correspondence between Plaintiff and Liz Pike re Impact Payments Recruiting (Sorge000185-187) |
| 45. | September 19, 2016 voluntary resignation letter from Plaintiff to Impact Payments Recruiting (Sorge000188) |
| 46. | January 3, 2017 Freedom Debt Relief offer letter (Sorge000189-190) |
| 47. | Impact Payments Recruiting description (Sorge000191-192) |
| 48. | June 22, 2016 Impact Payments Recruiting offer letter (Sorge000193-195) |
| 49. | Plaintiff 2016 W-2 and 1099 (Sorge000196-202) |
| 50. | Plaintiff 2017 W-2 and 1099 (requested from Plaintiff on May 31, 2018 but not yet received) |

## V. DOCUMENTS DEFENDANT MAY OFFER AT TRIAL

| No. | Description |
|---|---|
| 1. | Yelp's Confidentiality and Invention Assignment Agreement (Yelp000024-29) |
| 2. | "Grow you career in Yelp Sales" (Yelp000033) |
| 3. | Joshua Allegro text message (Yelp000043) |
| 4. | Change Job – Transfer Joseph Sorge Completed email (Yelp000045) |
| 5. | "Your First Day" email (Yelp000046) |
| 6. | June 17, 2016 email from Lucy Salazar to Shannon Eis; Lauren Grillo re Possible social media issue in Phoenix (Yelp000057) |
| 7. | June 17, 2016 email from Marla Castaneda to Lucy Salazar re Referral notes for Joseph Sorge (Yelp000062) |
| 8. | December 6, 2017 email from Nicole Berger to Nicole Ynayan re Katie Fleming has copied you on Joseph Sorge Separation Agreement 6.17.16 and related copies of the agreement (Yelp000065-77) |
| 9. | Screenshot of Plaintiff's public Facebook page (Yelp000087-128) |
| 10. | EEOC Intake Notes (EEOC000022-23) |
| 11. | EEOC Memorandum to File (EEOC000028-30) |
| 12. | Email to Callie McKenzie re Bank of America – Contact information (Sorge000141) |
| 13. | Joshua Carden Law Firm Contingent Fee Agreement (Sorge000144-146) |
| 14. | December 19, 2016 Freedom Financial Network Interview Confirmation email (Sorge000154-158) |
| 15. | June 8, 2016 email from Lindsay Mason to distribution list re Announcement: Valet Shuttle Service to and from Civic Center Garage (Sorge000159-161) |
| 16. | May 5, 2016 email re Account Executive letter, signed and filed (Sorge000163-163) |
| 17. | April 12, 2016 email re Phone Interview Confirmation (Sorge000176-178) |

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

| No. | Description |
|---|---|
| 18. | Lucas Group Termination Process documentation (Sorge000203-204) |
| 19. | University of Phoenix Application for Employment (UOP000008-11) |
| 20. | University of Phoenix Discussion Memo (UOP000014-15) |
| 21. | University of Phoenix Reviews (UOP000057-112) |
| 22. | Any documents disclosed or exhibits listed by Plaintiff |
| 23. | Any supplemental documents produced by either party |
| 24. | Pleadings, motions, and exhibits thereto filed in this matter |
| 25. | Deposition transcripts and exhibits thereto |
| 26. | Written discovery requests and responses thereto |
| 27. | Defendant reserves the right to supplement this list with additional documents disclosed or obtained during the remaining discovery period |

DATED this 12th day of October 2018.

                OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.


                By: s/ Alexandra J. Gill
                    L. Eric Dowell
                    Alexandra J. Gill
                    2415 East Camelback Road, Suite 800
                    Phoenix, Arizona 85016
                    *Attorneys for Defendant Yelp Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com
*Attorneys for Plaintiff Joseph Sorge*


s/ Robin McAdams

35889447.1