L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JOSEPH SORGE,<br><br>        Plaintiff,<br><br>vs.<br><br>YELP, INC.,<br><br>        Defendant. | No. 2:17-cv-04518-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendant Yelp Inc. ("Defendant"), by and through undersigned counsel, served on counsel for Plaintiff Joseph Sorge, the following by electronic mail on October 23, 2018:

Defendant Yelp's Second Set of Requests for Production to Plaintiff.

DATED this 23rd day of October 2018.

                                    OGLETREE, DEAKINS, NASH,
                                    SMOAK & STEWART, P.C.

                                    By: s/ Alexandra J. Gill
                                        L. Eric Dowell
                                        Alexandra J. Gill
                                        2415 East Camelback Road, Suite 800
                                        Phoenix, Arizona 85016
                                        *Attorneys for Defendant Yelp Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com

*Attorneys for Plaintiff Joseph Sorge*


s/ Debra A. Irwin

36080561.1