Joshua W. Carden, SBN 021698
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>     Plaintiff,<br><br>v.<br><br>Yelp, Inc.,<br><br>     Defendant. | No. 2:17-cv-04518-JJT<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S RULE 26(A)(3) DISCLOSURE STATEMENT** |

Pursuant to Rule 26(a)(3)(B)Plaintiff, Joseph Sorge, hereby makes the following objections to exhibits listed in Defendant's Rule 26(a)(3) disclosures. **Note: as discovery is ongoing, these objections may still require supplementation upon receipt of any additional disclosed documents from Defendants.**

### DEFENDANT WILL OFFER

| No. | Document | Objection |
|---|---|---|
| 1. | Plaintiff's offer letter (Yelp000001-3) | None. |
| 2. | Employee Benefits Highlights (Yelp000004-23) | None. |
| 3. | Employee Survey: Request for Voluntary EEO Self-Identification (Yelp000030) | None. |
| 4. | Plaintiff's new hire information (Yelp000031-32) | None. |
| 5. | Yelp e-sign record (Yelp000034) | None. |
| 6. | Employee Handbook signature confirmation (Yelp000035-36) | Relevance as a stand alone exhibit |

1

| No. | Document | Objection |
|---|---|---|
| 7. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Pipeline/Process Expectations (Yelp000037) | None. |
| 8. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Metrics Doc Not Filled Out – 2nd Strike (Yelp000038) | None. |
| 9. | June 17, 2016 email from Amber Sutton to Nicole Berger re Summary of incident (Yelp000039; Yelp000063) | Hearsay, Hearsay within hearsay, foundation |
| 10. | June 17, 2016 email from Heather Webb to Nicole Berger re Joseph Sorge Incident Summary (Yelp000040; Yelp000056) | Hearsay, Hearsay within hearsay, foundation |
| 11. | June 17, 2016 email from Randall Meagher to Nicole Berger re Joseph Sorge (Yelp000041; Yelp000058) | Hearsay, Hearsay within hearsay, foundation |
| 12. | June 17, 2016 email from Matthew Susa to Lucy Salazar re Outline for Term Conversation (Yelp000042) | Hearsay |
| 13. | June 16, 2016 Video of Plaintiff (Yelp000044) | None. |
| 14. | June 14, 2016 "Fill Out Metrics" event reminder to Plaintiff (Yelp000047) | None. |
| 15. | June 14, 2016 "Fill Out Metrics + Timesheets" event reminder to Plaintiff (Yelp000048) | None. |
| 16. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Metrics Doc Not Filled Out – 2nd Strike (Yelp000049) | None. |
| 17. | June 14, 2016 email from Matthew Susa to Joseph Sorge re Pipeline/Process Expectations (Yelp000050) | None. |
| 18. | June 15, 2016 email from Joseph Sorge to Matthew Susa re Re:Metrics Doc Not Filled Out – 2nd Strike (Yelp000051-52) | None. |

| No. | Document | Objection |
|---|---|---|
| 19. | June 16, 2016 email correspondence between Marla Castaneda and Abby Kennedy re Joseph Sorge (Yelp000053-54) | Hearsay |
| 20. | June 17, 2016 email from Gordon Alkire to Nicole Berger re Joseph Sorge CCTV Video (Yelp000055) | Hearsay, relevance |
| 21. | June 15, 2016-June 17, 2016 email correspondence between Abby Kennedy and Katie Fleming re Concern Trainee (Yelp000059) | Hearsay, relevance |
| 22. | June 17, 2016 email correspondence between Abby Kennedy and Katie Fleming re Joseph Sorge (Yelp000060-61) | Hearsay, relevance |
| 23. | June 20, 2016 email correspondence between Katie Fleming and Nichole Berger re Joseph Sorge term (Yelp000064) | Hearsay, relevance |
| 24. | Plaintiff's payroll records (Yelp000078-79) | None. |
| 25. | Yelp Policy Against Harassment, Discrimination and Retaliation (Yelp000080-81) | Foundation |
| 26. | Joseph Sorge Termination document (Yelp000082) | None. |
| 27. | June 15, 2016 email from Abby Kennedy to Matthew Susa and re June 2016 Tracker and Matthew Susa Mail tracker notes (Yelp000083-85) | Hearsay |
| 28. | June 15, 2016 email from Matthew Susa to Abby Kennedy re Need your thoughts here (Yelp000086) | Hearsay |
| 29. | EEOC Dismissal of Charge and Dismissal and Notice of Rights (EEOC000010-12) | None. |
| 30. | EEOC Intake Questionnaire (EEOC000015-21) | None. |
| 31. | Charge of Discrimination (EEOC000032) | None. |
| 32. | Yelp Response to Notice of Charge of Discrimination (EEOC000040-20) | None. |



| No. | Document | Objection |
|---|---|---|
| 33. | Photographs of sales board produced by Plaintiff (Sorge000070-72) | None. |
| 34. | Video records (3 .MOV files) produced by Plaintiff (no bates numbers) | None. |
| 35. | Impact Payment Solutions Merchant Acquiring Salary Guide and Executive Summary (Sorge000073-74; Sorge000152) | None. |
| 36. | Plaintiff 2016 tax return and supporting documentation (Sorge000075-106) | None. |
| 37. | Plaintiff 2017 tax return and supporting documentation (Sorge0000107-139) | None. |
| 38. | American Intercontinental University offer letter (Sorge000140) | None. |
| 39. | October 31, 2016 Bank of America staffing email (Sorge000142-143) | None. |
| 40. | DrawAlert Independent Contractor Services Agreement (Sorge000147-151) | None. |
| 41. | October 24, 2016 LucasGroup email (Sorge000153) | None. |
| 42. | May 26, 2017 American Intercontinental University application email (Sorge000164-165) | None. |
| 43. | June 17, 2016 Impact Payments Recruiting application email (Sorge000166-67) | None. |
| 44. | June 16, 2016 email correspondence between Plaintiff and Liz Pike re Impact Payments Recruiting (Sorge000185-187) | None. |
| 45. | September 19, 2016 voluntary resignation letter from Plaintiff to Impact Payments Recruiting (Sorge000188) | None. |
| 46. | January 3, 2017 Freedom Debt Relief offer letter (Sorge000189-190) | None. |
| 47. | Impact Payments Recruiting description (Sorge000191-192) | None. |



| No. | Document | Objection |
|---|---|---|
| 48. | June 22, 2016 Impact Payments Recruiting offer letter (Sorge000193-195) | None. |
| 49. | Plaintiff 2016 W-2 and 1099 (Sorge000196-202) | Duplicative to tax return |
| 50. | Plaintiff 2017 W-2 and 1099 (requested from Plaintiff on May 31, 2018 but not yet received) | Duplicative to tax return |

**DEFENDANT MAY OFFER**

| No. | Document | Objection |
|---|---|---|
| 1. | Yelp's Confidentiality and Invention Assignment Agreement (Yelp000024-29) | Relevance |
| 2. | "Grow you career in Yelp Sales" (Yelp000033) | None. |
| 3. | Joshua Allegro text message (Yelp000043) | Hearsay |
| 4. | Change Job – Transfer Joseph Sorge Completed email (Yelp000045) | Relevance |
| 5. | "Your First Day" email (Yelp000046) | None. |
| 6. | June 17, 2016 email from Lucy Salazar to Shannon Eis; Lauren Grillo re Possible social media issue in Phoenix (Yelp000057) | Hearsay |
| 7. | June 17, 2016 email from Marla Castaneda to Lucy Salazar re Referral notes for Joseph Sorge (Yelp000062) | Hearsay |
| 8. | December 6, 2017 email from Nicole Berger to Nicole Ynayan re Katie Fleming has copied you on Joseph Sorge Separation Agreement 6.17.16 and related copies of the agreement (Yelp000065-77) | Hearsay |
| 9. | Screenshot of Plaintiff's public Facebook page (Yelp000087-128) | Hearsay, Relevance |



| No. | Document | Objection |
|---|---|---|
| 10. | EEOC Intake Notes (EEOC000022-23) | Hearsay, relevance |
| 11. | EEOC Memorandum to File (EEOC000028-30) | Hearsay, relevance |
| 12. | Email to Callie McKenzie re Bank of America – Contact information (Sorge000141) | None. |
| 13. | Joshua Carden Law Firm Contingent Fee Agreement (Sorge000144-146) | Relevance, Prejudicial |
| 14. | December 19, 2016 Freedom Financial Network Interview Confirmation email (Sorge000154-158) | None. |
| 15. | June 8, 2016 email from Lindsay Mason to distribution list re Announcement: Valet Shuttle Service to and from Civic Center Garage (Sorge000159-161) | Relevance |
| 16. | May 5, 2016 email re Account Executive letter, signed and filed (Sorge000163- 163) | None. |
| 17. | April 12, 2016 email re Phone Interview Confirmation (Sorge000176-178) | None. |
| 18. | Lucas Group Termination Process documentation (Sorge000203-204) | None. |
| 19. | University of Phoenix Application for Employment (UOP000008-11) | Relevance (prior to Yelp) |
| 20. | University of Phoenix Discussion Memo (UOP000014-15) | Relevance (prior to Yelp) |
| 21. | University of Phoenix Reviews (UOP000057-112) | Relevance (prior to Yelp) |
| 22. | Any documents disclosed or exhibits listed by Plaintiff | Plaintiff reserves the objections to these unspecified documents. |

| No. | Document | Objection |
|---|---|---|
| 23. | Any supplemental documents produced by either party | Plaintiff reserves the objections to these unspecified documents. |
| 24. | Pleadings, motions, and exhibits thereto filed in this matter | Plaintiff reserves the objections to these unspecified documents. |
| 25. | Deposition transcripts and exhibits thereto | Plaintiff reserves the objections to these unspecified documents. |
| 26. | Written discovery requests and responses thereto | Plaintiff reserves the objections to these unspecified documents. |
| 27. | Defendant reserves the right to supplement this list with additional documents disclosed or obtained during the remaining discovery period | Plaintiff reserves the objections to these documents. |

Dated this 26th day of October, 2018,

Joshua Carden Law Firm, P.C.

By: s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*Joseph Sorge*



**CERTIFICATE OF SERVICE**

I certify that on the 26th day of October, 2018, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter, including:

L. Eric Dowell
Alexandra J. Gill
Ogletree Deakins
Esplanade Center III
2415 East Camelback Road, Suite 800,
Phoenix, AZ 85016

*Attorneys for Defendant*

                                         /s/Joshua W. Carden

