L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com

*Attorneys for Defendant Yelp Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>    Plaintiff,<br><br>vs.<br><br>Yelp, Inc.,<br><br>    Defendant. | No. 2:17-cv-04518-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANT YELP INC.'S SECOND SUPPLEMENTAL MANDATORY INITIAL DISCOVERY REPSONSES** |

NOTICE IS HEREBY GIVEN that Defendant Yelp Inc. ("Defendant"), by and through undersigned counsel, served its Second Supplemental Mandatory Initial Discovery Responses on counsel for Plaintiff Joseph Sorge by electronic mail on November 19, 2018.

DATED this 19th day of November 2018.

                                        OGLETREE, DEAKINS, NASH,
                                      SMOAK & STEWART, P.C.

                                      By: s/ Alexandra J. Gill
                                          L. Eric Dowell
                                          Alexandra J. Gill
                                          2415 East Camelback Road, Suite 800
                                          Phoenix, Arizona 85016
                                          *Attorneys for Defendant Yelp Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, Arizona 85254
joshua@cardenlawfirm.com
*Attorneys for Plaintiff Joseph Sorge*

s/ Debra A. Irwin

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016

36414443.1