Joshua W. Carden, SBN 021698
JOSHUA CARDEN LAW FIRM, P.C.
16427 North Scottsdale Road, Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com
(480) 454-1100
(480) 454-1101 (Fax)
*Attorney for Plaintiff*

L. Eric Dowell, SBN 011458
Alexandra J. Gill, SBN 027506
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Eric.Dowell@OgletreeDeakins.com
Alexandra.Gill@OgletreeDeakins.com
*Attorneys for Defendant Yelp Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>            Plaintiff,<br><br>v.<br><br>Yelp, Inc.,<br><br>            Defendant. | No. 2:17-CV-04518-SMM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT (FIRST REQUEST)** |

Come now the parties in the above listed matter and, pursuant to LRCiv. 7.3, stipulate to extend the time for Plaintiff to file his Response to Defendant's Motion for Summary Judgment and related supporting documents from **Monday, February 11, 2019** to **Monday, February 25, 2019**. Counsel for Plaintiff has been moving both home and office since the middle of January and has only just completed that process this past weekend, just in time for three depositions this week in two separate matters. Counsel for Defendant has graciously agreed to this short extension, which is not for purposes of delay but so that justice may be done.

1

Respectfully submitted this 7th day of February, 2019,

| | |
|---|---|
| JOSHUA CARDEN LAW FIRM, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: s/Joshua W. Carden<br>Joshua W. Carden<br>*Attorneys for Plaintiff* | By: s/L. Eric Dowell (*with permission*)<br>L. Eric Dowell<br>Alexandra J. Gill<br>*Attorneys for Defendant Yelp Inc.* |

I certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

By: s/Joshua W. Carden

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of February, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed for this matter:

L. Eric Dowell
Alexandra J. Gill
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
*Attorneys for Defendant Yelp Inc.*

/s/Joshua W. Carden

33568189.1