IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>           Plaintiff,<br><br>v.<br><br>Yelp Incorporated,<br><br>           Defendant. | No. CV-17-04518-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension of Time to Respond to Summary Judgment (Doc. 36). Pursuant to the stipulation,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to Respond to Summary Judgment (Doc. 36).

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendant's motion for summary judgment on or before **Monday, February 25, 2019**.

Dated this 8th day of February, 2019.

                                    Honorable Stephen M. McNamee
                                    Senior United States District Judge