IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Sorge,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Yelp Incorporated,<br><br>　　　　　Defendant. | No. CV-17-04518-PHX-SMM<br><br>**ORDER** |

　　　Before the Court is the parties' Stipulation for Extension of Time to File Reply in Support of Motion for Summary Judgment (Doc. 43). Pursuant to the stipulation,

　　　**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time to File Reply in Support of Motion for Summary Judgment (Doc. 43).

　　　**IT IS FURTHER ORDERED** that Defendant shall file a reply in support of its motion for summary judgment on or before **Monday, March 25, 2019**.

　　　**Dated** this 12th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge